Margaret Janssen, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Mary Jones, Respondent, v. Maurice B. Mendham, Appellant.—Judgment and order of the County Court of Westchester county denying motion for new trial unanimously affirmed, with costs; order granting extra allowance reversed, without costs. No opinion. Present—Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Henry H. Kalbach, Respondent, v. Century Paint and Wall Paper Company, Appellant, Impleaded with The A. Wilhelm Company, Defendant.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Beda Koch, Appellant, v. George Dotterweich, Respondent.—Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Annie E. Langdon, Respondent, v. Mackenzie Schiff and Others, Defendants. Mathew A. Broderick, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Peter Langevine, Respondent, v. Edwin D. Fox, Appellant.—Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present—Woodward, Jenks, Gaynor and Rich, JJ.

Morris Levenson, Respondent, v. George Stuart Briggs, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Samuel Lieberman, Respondent, v. Joseph Solomonson, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Antonio Marano, Respondent, v. Vincenzo Savarese and Others, Appellants. —Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

James T. McGrath, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Julia Mettler and Emilie Mettler, Respondents. v. Frederick W. Wunderlich, Appellant.—Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary Moran, Respondent, v. Anna D. Moran, as Sole Executrix, etc., of John P. Moran, Deceased, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harvey Murdock, Respondent, v. Howard Gould, Appellant.—Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.